NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SOFIA ADRIANA REBELLON, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:18-cv-09564-SS <br><br> **JUDGMENT** |

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: 4/15/19

/s/ Suzanne H. Segal
HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE